2001-CA-00098